**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: QUINSHANTA R. JOHNSON                          ) Case No. 19 B 00013
                                                   )
                                         Debtor    ) Chapter 13
                                                   )
                                                   ) Judge: JACQUELINE P COX

## NOTICE OF MOTION

QUINSHANTA R. JOHNSON                              PRO SE DEBTOR
                                                   ACTING AS OWN ATTORNEY

16910 ANNETTA ST
HAZEL CREST, IL 60429

Please take notice that on February 25, 2019 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on January 17, 2019.

                                                   /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 02, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Provide pay advices and provide copy of 4 years tax return or transcript.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                   Respectfully submitted,

TOM VAUGHN                                         /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900